# EXHIBIT A

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JENKINS and YAMET GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS COMPANY,<br><br>Defendant. | Case No. _____<br><br>**DECLARATION OF RYAN JENKINS IN SUPPORT OF FILING CLASS ACTION COMPLAINT IN THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO CAL. CIV. CODE § 1780(d)** |

I, Ryan Jenkins, under penalty of perjury, do hereby state as follows:

1. I am over the age of eighteen (18), and a Named Plaintiff and proposed Class Representative in the above-entitled action. This Declaration, which is based on my personal knowledge of the facts stated herein, is submitted in support of the Class Action Complaint filed concurrently herewith, pursuant to Cal. Civ. Code § 1780(d).

2. As Named Plaintiff, I bring this action for money damages, equitable relief, and restitution on behalf of myself and all similarly situated individuals and entities who were harmed by the practices described in the Complaint.

3. As detailed in the Complaint, General Motors Company does business in the Northern District of California, and some of the transactions at issue in this litigation occurred within the Northern District of California.

I declare that the foregoing is true and correct. Executed in Antioch, California on October __11__, 2017.

_____
RYAN JENKINS