# EXHIBIT C

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

October 5, 2017

Annika K. Martin
Partner
akmartin@lchb.com

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Craig Glidden
Executive Vice President &
General Counsel, Legal and Public Policy
GENERAL MOTORS COMPANY
300 Renaissance Center
Detroit, Michigan 48265

CT Corporation System
818 W 7th Street, Suite 930
Los Angeles, CA 90017
*Registered Agent for Service of Process on General Motors Company*

RE:   GM Vehicles' Defective Air Conditioning Systems

Dear Counsel:

We are writing on behalf of California residents Ryan Jenkins, who owns a 2014 GMC Sierra, and Yamet Garcia, who owns a 2015 Chevrolet Silverado, and others similarly situated (the "Class") to notify you that they have experienced failure of their vehicles' air conditioning systems that we believe is due to defect that causes the air conditioning systems to leak coolant, lose pressure, and ultimately fail to function (the "AC System Defect"). The apparently-defective AC Systems are evidently used in a variety of GM vehicles, including, but not limited to, 2015-2017 Cadillac Escalades, 2014-2016 Chevrolet Silverados, 2015-2017 Chevrolet Suburbans, 2015-2017 Chevrolet Tahoes, 2014-2016 GMC Sierras, and 2015-2017 GMC Yukons (the "Subject Vehicles").

Upon information and belief, this Defect was and is well known to GM. Accordingly, it appears that GM knowingly manufactured and sold certain models of GM vehicles with defectively designed AC Systems. Mr. Jenkins and Mr. Garcia further allege that GM knew that replacing failed AC System parts with the same defectively designed parts would result in repeated AC System failures on the same vehicle. As a result of the failure of their GM vehicles' defectively designed AC Systems, Mr. Jenkins, Mr. Garcia, and the Class have had to choose between paying out of pocket to (apparently only temporarily) repair their vehicles' AC Systems or uncomfortably and unsafely drive around without a functional AC System.

GM's conduct apparently constitutes violations of applicable express and implied warranties, as well as California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*, which prohibits acts of "unfair competition" and the California Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750 *et seq.*

General Motors Company
October 5, 2017
Page 2

      Mr. Jenkins, Mr. Garcia, and the Class have all suffered actual damages as a result of GM's conduct, including but not limited to, the cost of repairs to the defective AC Systems and purchasing a vehicle that they would not have purchased, or would have paid less for, had GM not concealed the Defect from them prior to purchase or lease.

      Mr. Jenkins and Mr. Garcia, on behalf of themselves and the Class, hereby request that within thirty (30) days of receiving this letter, GM agree to correct, repair, replace, or otherwise permanently rectify the defective AC Systems at no cost, as well as agree to reimburse Mr. Jenkins, Mr. Garcia, and all Class members for any associated out-of-pocket expenses they have incurred due to the AC System Defect. Unless these actions, as requested above, occur within the thirty-day timeframe, we intend to file a class claim for damages and attorneys' fees under the CLRA.

      Please contact me if you have any questions regarding this notice or the issues raised herein.

      Thank you.

Very truly yours,

Annika K. Martin

AKM/wp

1373929.2