# EXHIBIT D

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13

RYAN JENKINS, YAMET
GARCIA, and CARL E.
WILLIAMS, on behalf of
themselves and all others similarly
situated,

           Plaintiffs,

vs.

GENERAL MOTORS COMPANY,

           Defendant.

Case No. 17-cv-5864

**DECLARATION OF CARL E.
WILLIAMS IN SUPPORT OF
FILING CLASS ACTION
COMPLAINT IN THE NORTHERN
DISTRICT OF CALIFORNIA
PURSUANT TO CAL. CIV. CODE §
1780(d)**

14
15
16

I, Carl E. Williams, under penalty of perjury, do hereby state as follows:

17
18
19
20
21
22

1.     I am over the age of eighteen (18), and a Named Plaintiff and proposed Class Representative in the above-entitled action. This Declaration, which is based on my personal knowledge of the facts stated herein, is submitted in support of the Class Action Complaint filed concurrently herewith, pursuant to Cal. Civ. Code § 1780(d).

23
24
25

2.     As Named Plaintiff, I bring this action for money damages, equitable relief, and restitution on behalf of myself and all similarly situated individuals and entities who were harmed by the practices described in the Complaint.

26
27
28

1481758.1

-1-

1

2       3.     As detailed in the Complaint, General Motors Company does business

3   in the Northern District of California, and some of the transactions at issue in this

4   litigation occurred within the Northern District of California.

5

6       I declare that the foregoing is true and correct.  Executed in Thousand Oaks,

7   California on December  19    , 2017.

8

9

10

11                                       CARL E. WILLIAMS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28